UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD SOLDAN,

        Plaintiff,                  Case no. 08-14401
                                       HON. JOHN CORBETT O'MEARA

v.

MICHAEL J. BOUCHARD, et al.,

        Defendants.

_____/

ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S
REPORT AND RECOMMENDATION

        The Court having reviewed Magistrate Judge Majzoub's Report and Recommendation, filed May 15, 2009, as well as any objections thereto filed by the parties, and being fully advised in the premises;

        IT IS HEREBY ORDERED that the report and recommendation is accepted and adopted by this Court.

        IT IS FURTHER ORDERED that defendants John Does (1-3) and Jane Does (1-3) are DISMISSED without prejudice pursuant to Fed. R. Civ. P. 4(m).

                                                            s/John Corbett O'Meara
                                                           United States District Judge

Date: July 10, 2009

Certificate of Service

    I hereby certify that the foregoing order was served upon the parties of record on July 10, 2009, by electronic and/or U.S. mail.

                                                        s/William Barkholz
                                                        Case Manager