UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD SOLDAN,

        Plaintiff,                    Case no. 08-14401
                                                  Honorable John Corbett O'Meara

v.

MICHAEL J. BOUCHARD, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge Mona K. Majzoub's Report and Recommendation, filed November 22, 2010, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED by this Court.

IT IS FURTHER ORDERED that Defendants' April 27, 2010, Motion to Dismiss and/or for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that Defendants' request for an award of costs and fees is DENIED.

                                                  s/John Corbett O'Meara
                                                  United States District Judge

Date: December 21, 2010

I hereby certify that on December 21, 2010, a copy of the foregoing document was served upon counsel of record using the ECF system, and upon Plaintiff at 10489 Runyan Lake Point, Fenton, MI 48430 by first-class U.S. mail.

<pre>                                        s/William Barkholz
                                        Case Manager</pre>